UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ENTERED

APR 0 9 2008

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:07-CR-151-01 (H/F) |
| ) | |
| MICHAEL RIEDEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Michael Riedel's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(I), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 7 months in the custody of the Attorney General. Upon Mr. Riedel's release from confinement, he will be subject to a term of supervised release of 29 months under the conditions previously imposed by the Court at the time of his original sentence, and with additional conditions as follows:

> While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon, shall cooperate with the collection of a DNA sample, shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of placement on supervised release and two periodic tests thereafter, as directed by the probation officer. The defendant will be required to participate in a program approved by the United States Probation Office for the treatment and monitoring of sex offenders. Further, the defendant shall comply with

the standard conditions as adopted by the Judicial Conference of the United States, as well as the following additional conditions:

1. The defendant shall submit to the search (with the assistance of other law enforcement as necessary) of his person, vehicle, office/business, residence and property, including computer systems and peripheral devices. The defendant shall submit to the seizure of contraband found. The defendant shall warn other occupants the premises may be subject to searches.

2. The defendant shall not possess/use a computer unless he agrees to comply with the Computer Restriction and Monitoring Program at the direction of the probation officer. Monitoring will occur on a random or regular basis. The defendant shall advise the probation office of all computers available to him for use. Any computer or Internet-enable device the defendant is found to have used and has not disclosed shall be considered contraband and may be confiscated by the probation officer. The defendant shall warn other occupants of the existence of the monitoring software placed on his computer.

3. The defendant shall not possess any pornography, erotica or nude images. Any such material found in the defendant's possession shall be considered contraband and may be confiscated by the probation officer.

4. The defendant shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer.

5. The defendant shall not have any unsupervised contact with any minor child, unless the contact has been disclosed to and approved by the probation office. In determining whether to approve such contacts involving members of the defendant's family, the probation office shall determine if the defendant has notified the persons having custody of any such minors about his conviction in this case and the fact that he is under supervision. If this notification has been made, and if the person having custody consents to the contact, then this condition is not intended to prevent approval of the contact.

6. The defendant shall register as a sex offender with the appropriate authorities of any state in which he resides, is employed, or attends school.

It is recommended that Mr. Riedel be designated by the Attorney General of the United States and the Bureau of Prisons to the United States Penitentiary at Buttner, North Carolina.

SO ORDERED this **9th** day of April, 2008.

David F. Hamilton, Judge
United States District Court
Southern District of Indiana

Distribution:

James Warden,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

United States Parole and Probation

United States Marshal